Cassel, J., concurring.
 

 I fully understand the social impact to Dundy County and its citizens of exempting at least 6,640 acres from the property tax rolls. The county's land area comprises only 920 square miles.
 
 [1]
 
 Thus, of approximately 588,800 acres, the decision removes over 1 percent from the tax roll. Taxes are lost that would have funded school districts and other local needs. Effectively, this compels the remaining property taxpayers to pay more. And other projects for Republican River Compact compliance may be looming to imperil even more of the area's tax base.
 

 I join the court's decision, because I believe it faithfully follows existing law. Perhaps another provision of current law, not invoked by the parties before us, is available to address this problem. But only the Legislature is empowered to determine whether current law is adequate or whether the law should be changed to balance the competing public interests differently.
 

 Nebraska Blue Book 2016-17 at 843.